UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:23-cv-01701-RBD-RMN

**VICTOR ARIZA**,

    Plaintiff,

vs.

**RUMI ONLINE INC. d/b/a RUMI LIFE, a foreign for-profit corporation,**

    Defendant.

_____/

## NOTICE OF LEAD COUNSEL

Roderick V. Hannah, Esq., of the law firm of RODERICK V. HANNAH, ESQ., P.A., hereby notices the Court and counsel of record of his appearance as lead counsel on behalf of Plaintiff, VICTOR ARIZA, in the above-styled action and requests that all further notices and filings herein be served upon the undersigned at the address set forth below.

Dated: September 5, 2023

                              RODERICK V. HANNAH, ESQ., P.A.
                              Attorneys for Plaintiff
                              4800 North Hiatus Road
                              Sunrise, FL 33351-7919
                              Telephone: (954) 362-3800
                              Facsimile: (954) 362-3779
                              Email: rhannah@rhannahlaw.com

                              By  /s/ *Roderick V. Hannah*
                                  Roderick V. Hannah
                                  Fla. Bar No. 435384