# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:23-CV-01701-RBD-RMN

Plaintiff:
**VICTOR ARIZA**
vs.
Defendant:
**RUMI ONLINE INC. D/B/A RUMI LIFE A FOREIGN FOR-PROFIT CORPORATION**

OJF2023022966

For: RODERICK V. HANNAH
RODERICK V. HANNAH, ESQ, PA

Received by OJF SERVICES, INC. on the 7th day of September, 2023 at 10:38 am to be served on **RUMI ONLINE INC. D/B/A RUMI LIFE C/O REGISTERED AGENT, 200 BAYCHESTER AVENUE, SPACE 104, BRONX, NY 10475**. I, _Dominic Siccardix_, do hereby affirm that on the _15TH_ day of _September_, 20_23_ at _10:42_ a.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, COMPOSITE EXHIBIT A, EXHIBIT B & PRESERVATION LETTER** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving _Alexandra Butirich_ as _Manager_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

## RETURN OF SERVICE For 6:23-CV-01701-RBD-RMN

I CERTIFY THAT I AM OVER THE AGE OF 18 AND HAVE NO INTEREST IN THE ABOVE ACTION. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE".

PROCESS SERVER # 1320496
Appointed in accordance with State Statutes

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: 2023022966

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r