UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA**,

    Plaintiff,

vs.                                    CASE NO. 6:23-cv-01701-RBD-RMN

**RUMI ONLINE INC. d/b/a RUMI LIFE, a foreign for-profit corporation,**

    Defendant.
_____/

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, VICTOR ARIZA makes the following disclosures.

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:
   **N/A**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]
   **N/A**

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bleustem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrora, 661 F3d 124, 125-27 (1st Cir. 2011).

3. Identify each person–including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate member, and other identifiable and related legal entity-that has or might have an interest in the outcome:

   **Victor Ariza – Plaintiff**
   **Pelayo M. Duran, Esq. – Attorney for Plaintiff**
   **Law Office of Pelayo M. Duran – Attorney for Plaintiff**
   **Roderick V. Hannah, Esq. – Attorney for Plaintiff**
   **Roderick V. Hannah, Esq., P.A. – Attorney for Plaintiff**
   **Rumi Online, Inc. - Defendant**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **NONE.**

5. Identify each additional entity likely to actively participate, including a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **NONE.**

6. Identify each person arguably eligible for restitution:

   **Victor Ariza – Plaintiff**

[X]   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: September 22, 2023

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL  33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com<br><br>By____*s/ Roderick V. Hannah*_____<br>     RODERICK V. HANNAH<br>     Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com<br><br>By ___*s/ Pelayo M. Duran*___<br>     PELAYO M. DURAN<br>     Fla. Bar No. 0146595 |

3