# EXHIBIT "1"

# Declaration of Victor Ariza

I, Victor Ariza, submit this declaration and declare the following:

1. I declare that I have personal knowledge of the facts contained herein.

2. I am a resident of Miami Dade County in the State of Florida and the United States of America.

3. I have been diagnosed by a licensed medical doctor with optical nerve atrophy.

4. I can function in most areas of my day to day life but using technology is helpful.

5. Like most people, the use of technology allows me to access important information for me and my family that include news, restaurant menus and reviews, shopping and the related sales and savings, medical, pharmacy and homeopathic information, to name a few.

6. Where many times my use of technology is to learn more about a particular interest or current need, it is equally as important to help me, and my family plan our visit to particular venues such as a restaurant or store.

7. My health issues are visually debilitating and as such, proper access to the internet and the information it contains is so very important in my ability to function in my daily life.

8. When using technology, I try to use enhancements to the hardware and software that help remove the barriers that I would face without these enhancements. At times, these features will help me but there are times in which the features are not helpful as the website is so poorly designed that the barriers remain no matter what I might do or use.

9. On May 28, 2023, I was using my computer and attempted to access the Rumi Life Shop website located at https://www.rumilifeshop.com/.

10. I have traditionally browsed websites, such as this one, for information regarding the company. The information I would research include:

    a. business locations
    b. hours of operation
    c. product and service offerings
    d. pricing
    e. online purchasing
    f. coupons

11. When accessing the website, I encountered the following problems:

    a. Unlabeled graphics.

    b. The shopping cart is mislabeled.

c. Inside the shopping cart the option to remove the item is stated before the actual item is read by the screen reader.

   d. Once an item is removed from the shopping cart there is no confirmation that the action occurred.

   e. Some products have multiple images which are not labeled properly and do not describe the images.

   f. When browsing products, the price is inaccessible.

12. At a minimum, these specific issues have kept me from accessing/using the website like any other person.

Under penalties of perjury, I hereby affirm the following statements are true and correct.

\/MX

Victor Ariza

Date: 08/06/2023