# COMPOSITE EXHIBIT A



## Shop by Category



## Recently Added Items



ELECTRONICS
Pop it AirPod Pro Case
$6.99 $3.50

ELECTRONICS
Animal Pop it AirPod 1/2 Case
$8.00 $3.00

ELECTRONICS
Simple Chain Airpod Pro Case
$7.50 $4.00

ELECTRONICS
Bear Chain Crystal Airpod 1/2 Airpod Pro Case
$3.50 – $4.00

# Store Locations



| Title | Category | Address | Description | Link |
|---|---|---|---|---|
| Garden State Plaza | | 1 Garden State Plaza Paramus, NJ 07652 | 11:00am-7:00pm<br>Phone Number: 201-918-6713<br>Email: ruminewportcentremall@gmail.com | |
| Garden State Plaza | | 1 Garden State Plaza Paramus, NJ 07652 | Store Hours:<br>Monday-Thursday<br>10:00am-9:00pm<br>Friday-Saturday<br>10:00am-9:30pm<br>Sunday<br>Closed<br>Email: rumigardenstateplaza@gmail.com | More De |
| Atlantic Terminal | | 625 Atlantic Ave Brooklyn, NY 11217 | Store Hours:<br>Monday-Thursday<br>11:00am-8:00pm<br>Friday-Saturday<br>10:00am-9:00pm<br>Sunday<br>11:00am-8:00pm<br>Phone Number: 929-561-9676<br>Email: rumiatlanticcenter@gmail.com | More De |
| City Point | | 445 Albee Square West Brooklyn, NY 11201 | Store Hours:<br>Monday-Thursday<br>11:00am-8:00pm<br>Friday-Saturday<br>10:00am-9:00pm<br>Sunday<br>11:00am-8:00pm<br>Phone Number: 631-319-5501<br>Email: rumicitypoint@gmail.com | More De |
| Arundel Mills | | 7000 Arundel Mills Cir Hanover, MD 21076 | Store Hours:<br>Monday-Thursday<br>10:00am-8:00pm<br>Friday-Saturday<br>10:00am-9:00pm<br>Sunday<br>11:00am-7:00pm<br>Email: rumiarundelmills@gmail.com | More De |
| Towson Town Center | | 825 Dulaney Valley Road Towson, MD 21204 | Store Hours:<br>Monday-Saturday<br>10:00am-8:00pm<br>Sunday<br>11:00am-6:00pm<br>Phone Number: (443) 901-4625<br>Email: rumitowson@gmail.com | More De |
| Soho | | 446 Broadway New York, NY 10013 | Store Hours:<br>Monday-Thursday<br>10:00am-8:00pm<br>Friday-Saturday<br>10:00am-9:00pm<br>Sunday<br>10:00am-8:00pm | More De |

| Title | Category | Address | Description | Link |
|---|---|---|---|---|
| | | | Phone Number: 917-639-3201 | |
| | | | Email: rumisoho@gmail.com | |
| Cherry Hill Mall | | 2000 NJ-38 Cherry Hill, NJ 08002 | Store Hours: Monday-Saturday 10:00am-9:00pm Sunday 11:00am-6:00pm Phone Number: 609-519-6722 Email: rumicherryhill@gmail.com | More De |
| The Mall at Bay Plaza | | 200 Baychester Ave Bronx, NY 10475 | Store Hours: Monday-Saturday 10:00am-9:00pm Sunday 11:00am-7:00pm Phone Number: 929-305-3888 Email: rumilifebayplaza@gmail.com | More De |
| Menlo Park Mall | | 55 Parsonage Road Edison, NJ 08837 | Store Hours: Monday-Thursday 10:00am-8:00pm Friday-Saturday 10:00am-9:00pm Sunday 12:00pm-6:00pm Email: rumimenlopark@gmail.com | More De |
| Jersey Gardens Mall | | 651 Kapkowski Road Elizabeth, NJ 07201 | Store Hours: Monday-Saturday 10:00am-9:00pm Sunday 11:00am-7:00pm Phone Number: 908-440-6410 Email: rumijerseygarden@gmail.com | More De |
| Westfield Wheaton | | 11160 Veirs Mill Road Wheaton, MD 20902 | Store Hours: Sunday-Friday 10:00am-9:00pm Saturday 10:00am-10:00pm | More De |
| Orlando International Premium Outlets | | 4951 International Dr, Orlando, FL 32819 | Store Hours: Monday-Saturday 10:00am-9:00pm Sunday 11:00am-7:00pm | |
| Junction Blvd | | 3766 Junction Blvd, Queens, NY, 11374, USA | Store Hours: Monday-Sunday 10:00am-9:00pm Phone Number: 718-685-2116 Email: rumilifejunction@gmail.com | More De |
| Smith Haven Mall | | 313 Smith Haven Mall Lake Grove, NY 11755 | Store Hours: Monday-Thursday | |

| Title | Category | Address | Description | Link |
|---|---|---|---|---|
| | | | 10:00am-8:00pm<br>Friday-Saturday<br>10:00am-9:00pm<br>Sunday<br>12:00pm-6:00pm<br>Email: rumilifesmithhavenmall@gmail.com | |
| Lynnhaven Mall | | 701 Lynnhaven Pkwy, Virginia Beach, VA 23452 | Store Hours:<br>Monday-Thursday<br>11:00am-7:00pm<br>Friday-Saturday<br>11:00am-8:00pm<br>Sunday<br>12:00pm-6:00pm<br>Phone Number: 757-731-4548<br>Email: rumilifeva@gmail.com | More De |
| Tysons Corner Center | | 1961 Chain Bridge Rd, Tysons, VA 22102 | Store Hours:<br>Monday-Saturday<br>10:00am-9:00pm<br>Sunday<br>11:00am-7:00pm | |
| Brookyln | | 2127 86th Street, Brooklyn, NY, USA | COMING SOON | |
| Union Square | | 12 East 14th Street, New York, NY, USA | COMING SOON | |
| Bronx | | 2866 Third Avenue, The Bronx, NY, USA | COMING SOON | |