# EXHIBIT B

rumi_lifestore



rumi_lifestore   Follow   Message

169 posts   6,647 followers   19 following

Rumi Life

Shopping & retail
There's always room for things we love.
Shop online! 
🔗 rumilifeshop.com


Featuring You


More Rumi


Locations

⊞ POSTS    ▷ REELS    TAGGED





     





rumi_lifestore

