UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICTOR ARIZA,

          Plaintiff,

v.

RUMI ONLINE INC., d/b/a RUMI
LIFE, a foreign for-profit corporation;
RUMI LIFE, INC., d/b/a RUMI LIFE; a
foreign for-profit corporation; and OFF TO
SHOP, INC., d/b/a RUMI LIFE, a Florida
for-profit corporation,

          Defendants.
_____/

Case No.: 6:23-cv-01701-RBD-RMN

## DEFENDANT RUMI ONLINE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

Defendant, Rumi Online Inc. ("Rumi Online"), by and through the undersigned counsel, hereby files this unopposed motion (this "Motion") and respectfully requests an extension of its deadline to answer or otherwise respond to Plaintiff's Amended Complaint [Doc. 19] (the "Amended Complaint), up to and including, December 18, 2023, and states the following in support:

Plaintiff filed his original Complaint on September 5, 2023 [Doc 1] (the "Initial Complaint"). In response, Defendant Rumi Online filed its Motion to Dismiss Plaintiff's Initial Complaint on October 24, 2023 [Doc 18].

On November 13, 2023, Plaintiff filed his Amended Complaint, which joined two other defendants, Rumi Life, Inc. and Off to Shop, Inc., to this action [Doc 19]. As a result of Plaintiff's filing of the Amended Complaint, Defendant Rumi Online's Motion to Dismiss the Initial Complaint was denied as moot [Doc 22]. Accordingly, the deadline for Defendant Rumi Online to respond to the Amended Complaint is currently November 27, 2023.

Defendant Rumi Online is seeking additional time to respond to the Amended Complaint to continue analyzing the issues presented in Plaintiff's Amended Complaint, and to discuss these issues further with the additional two defendants who have not yet made an appearance in this action and determine the possibility of a joint response or early resolution of the Amended Complaint.

Counsel for Defendant Rumi Online has conferred with Plaintiff's counsel regarding the extension of time sought herein, and Plaintiff has no objection to an extension of Defendant Rumi Online's deadline to respond to the Amended Complaint, up to and including December 18, 2023.

For these reasons, Defendant Rumi Online, Inc. respectfully requests an extension of its deadline to respond to Plaintiff's Complaint, up to and including December 18, 2023, to allow for review of the Amended Complaint by Defendant Rumi Online in coordination with the two other recently joined defendants, Rumi Life, Inc. and Off To Shop, Inc., who have yet to make an appearance in this action.

The Court may grant an enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendant's request for an extension is made in good faith and does not prejudice Plaintiff, who is unopposed to the extension of time sought by Defendant herein. An extension of Defendant Rumi Online's deadline to respond to Plaintiff's Amended Complaint will enable Defendant Rumi Online to complete its review of the issues raised in the Amended Complaint, discuss the allegations therein with the other two defendants joined by Plaintiff upon their appearance in this action, and determine the possibility of a joint response or early resolution of Plaintiff's claims in the Amended Complaint, which may conserve the resources of the Parties and the Court.

Based on the foregoing, Defendant Rumi Online respectfully requests that the Court grant this Motion and extend the deadline for Defendant Rumi Online to respond to the Amended Complaint, up to and including December 18, 2023.

## Local Rule 3.01(G) Certification

The undersigned counsel for Defendant Rumi Online hereby certifies that she has conferred with Plaintiff's counsel regarding the contents of this motion and that Plaintiff does not oppose the relief sought herein.

Dated this 20th day of November, 2023.

Respectfully submitted,

SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Alyssa Castelli*
Alyssa Castelli, Esq.
Florida Bar No. 1032306
Jamie L. White, Esq.
Florida Bar No. 100018
alyssa@spirelawfirm.com
jamie@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2023, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Roderick V. Hannah, Roderick V. Hannah, Esq., P.A. via email at rhannah@rhannahlaw.com.

*/s/ Alyssa Castelli*
Attorney