UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:23-cv-1701-RBD-RMN

**VICTOR ARIZA**,

    Plaintiff,

vs.

**RUMI ONLINE INC., d/b/a RUMI LIFE, a foreign for-profit corporation; et al.**,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendants (collectively, the "Parties"), through their respective Counsel, hereby provide notice that the Parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case, including any claims that could have been brought in this action. Accordingly, the Parties respectfully request that the Court stay all matters and pending deadlines in the above-styled action and provide the Parties twenty (20) days from the date of filing this Notice to allow the Parties to finalize their settlement agreement and to file the necessary dismissal document.

    DATED: December 15, 2023.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL  33351-7919<br>Tel. 954/362-3800<br>954/362-3779 (Facsimile)<br>rhannah@rhannahlaw.com<br><br>By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>Tel. 305/266-9780<br>305/269-8311 (Facsimile)<br>duranandassociates@gmail.com<br><br>By____*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**SPIRE LAW, PLLC**
Counsel for Defendants
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
alyssa@spirelawfirm.com
jamie@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com

By*:* ____*/s/ Alyssa Castelli*_____
    ALYSSA CASTELLI
    Fla. Bar No. 1032306