**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VICTOR ARIZA,

    Plaintiff,

v.                                  Case No:  6:23-cv-1701-RBD-RMN

RUMI ONLINE INC., RUMI LIFE,
INC. and OFF TO SHOP, INC.,

    Defendants.

---

**AMENDED ORDER OF DISMISSAL**

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 30), filed

January 26, 2024.  No answer has been filed.  Accordingly, it is **ORDERED AND**

**ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.  The Clerk

is directed to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on January 30,

2024.



ROY B. DALTON, JR.
United States District Judge